# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GLEN EDWARD ROGERS,

       Petitioner,

v.                                 CASE NO. 8:07-CV-1365-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

       Respondent.

_____/

## O R D E R

      Before the Court are Petitioner's Application for Certificate of Appealability (Dkt. 28), and Motion to Proceed on Appeal In Forma Pauperis (Dkt. 29). When the Court denied Petitioner's 28 U.S.C. § 2254 petition, it also determined that reasonable jurists would not find the Court's assessment of Petitioner's claims debatable or wrong.[1] Therefore, the Court denied Petitioner both a certificate of appealability, and leave to proceed on appeal *in forma pauperis* (Dkt. 25 at pgs. 102-03). Nothing in Petitioner's Application for Certificate of Appealability (Dkt. 28) convinces the Court that reasonable jurists would find the Court's assessment of Petitioner's claims debatable or wrong.

      Accordingly, the Court **ORDERS** that:

_____

[1]See Rule 11(a), Rules Governing Habeas Corpus Cases under Section 2254 (2009) ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").

1. Petitioner's Application for Certificate of Appealability (Dkt.28) is **DENIED**.

2. Petitioner's Motion to Proceed on Appeal In Forma Pauperis (Dkt. 29) is

   **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on March 18, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Counsel of Record